UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
*In re:*

MAXCOM USA TELECOM, INC., ET AL.,

Debtors.[1]
---------------------------------------------------------------X

: Chapter 11
:
: Case No. 19-23489 (RDD)
:
: Jointly Administered
:
:

# DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE JOINT PREPACKAGED CHAPTER 11 PLAN

I, Christina Pullo, hereby declare under penalty of perjury:

1.       I am the Vice President of Solicitation and Public Securities at Prime Clerk LLC ("Prime Clerk"), located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165.[2] I am over the age of eighteen years and not a party to the above captioned chapter 11 cases.

2.       I submit this declaration with respect to the solicitation of votes and the tabulation of ballots cast on the Debtors' Joint Prepackaged Chapter 11 Plan, dated June 17, 2019 (as same may be modified, amended or supplemented from time to time, the "Plan") [Docket No. 12], and hereby incorporate, as if fully set forth herein, the *Affidavit of Service of Solicitation*

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, Maxcom USA Telecom, Inc. (7220) and Maxcom Telecomunicaciones, S.A.B. de C.V. (8KT0). The location of Debtor Maxcom Telecomunicaciones, S.A.B. de C.V.'s corporate headquarters and service address are: Guillermo González Camarena, 2000, Centro Ciudad, Santa Fé, Mexico, CDMX. The service address for Debtor Maxcom Telecom USA Inc. is c/o United Corporate Services, Inc., Ten Bank Street, Suite 560, White Plains, NY 10606.

[2] On August 21, 2019, this Court authorized Prime Clerk's retention as the claims and noticing agent to the Debtors pursuant to the *Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent* [Docket No. 26].

*Materials*, dated August 19, 2019 [Docket No. 19] (the "August 19 Solicitation Affidavit"), and the *Declaration of Craig E. Johnson of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Joint Prepackaged Chapter 11 Plan* [Docket No. 3] (the "Johnson Tabulation Declaration").[3]

3.  Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this declaration on behalf of Prime Clerk. If I were called to testify, I could and would testify competently as to the facts set forth herein.

4.  As described in detail in the August 19 Solicitation Affidavit, at my direction and under my general supervision and the supervision of Prime Clerk employees that report to me, copies of the Debtors' disclosure statement (titled "Offering Memorandum and Consent Solicitation Statement"), the Plan, the Beneficial Owner Ballot, the Master Ballot and a return envelope (collectively, the "Original Solicitation Materials") were all sent: (a) via email to the Depository Trust Company ("DTC"); (b) via overnight mail or next business day mail to the banks, brokers, dealer agents, nominees (collectively, with their agents, the "Nominees") or their agents that were identified by DTC on a securities position report as of June 14, 2019 (the "Voting Record Date") and provided to Prime Clerk by the indenture trustee for the Old Notes; and (c) via email to the depositories and Nominees for which Prime Clerk had been able to ascertain an email address.

5.  Similarly, as detailed in the August 19 Solicitation Affidavit, Prime Clerk served the First Supplement to Offering Memorandum (the "First Supplement") in the same manner and on the same parties (changed only to reflect any requested or researched changes to

---

[3]  Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

2

each party list, if applicable) as utilized for the dissemination of the Original Solicitation Materials. As detailed in the August 19 Solicitation Affidavit, Prime Clerk served the Second Supplement to Offering Memorandum (the "Second Supplement" and, collectively, with the Original Solicitation Materials and the First Supplement, the "Solicitation Materials") via email to DTC and the applicable depositories and Nominees.  Prime Clerk did not distribute the Second Supplement in hard copy format, at the direction of the Debtors in an effort to conserve estate funds.

6. The process that Prime Clerk followed to identify the relevant parties on whom to serve the Solicitation Materials I believe is consistent with the industry standard for the identification and dissemination of solicitation materials on holders of public securities and the solicitation of votes on a plan of reorganization.  This process is specialized because beneficial holder information is held on a confidential basis by Nominees, which precludes a solicitation agent from directly disseminating information and reaching out to beneficial holders. Accordingly, Prime Clerk was able to obtain only information regarding the Nominees that hold in record name on behalf of beneficial holders, and concomitantly to distribute materials to such Nominees for forwarding on to their underlying beneficial holder clients.

7. Following Prime Clerk's dissemination of the Solicitation Materials, members of my team fielded a number of general inquiries from Nominees, as well as inquiries from holders of the Old Notes who had questions regarding (i) how to go about tendering their Old Notes in the Exchange Offer being administered through DTC's Automated Tender Offer Program ("ATOP") and/or (ii) how to submit their Ballot on the Plan.  Notably, as beneficial holder information is held confidentially by Nominees, DTC's ATOP reveals only the name of the Nominees that tendered underlying Old Notes on behalf of beneficial holder client(s) that participated in the

3

Exchange Offer, along with the amount tendered by such holders. ATOP does not reveal the name or contact information of any beneficial holders.

8. During the pendency of the solicitation, we were advised by the Debtors' other advisors that some holders of the Old Notes contacted the Debtors' other advisors directly with questions regarding the process to submit a vote on the Plan, and the Debtors' other advisors, in turn, directed such inquiries to Prime Clerk. In those instances, Prime Clerk initiated communication with such beneficial holders to provide the requested administrative guidance on the process for submitting a Ballot in the same manner as we provided or would have provided to any holder of the Old Notes who had contacted us directly.

9. In addition, at the request of the Debtors' other advisors, members of my team at Prime Clerk sent emails to those Nominees with beneficial holder client(s) that participated in the Exchange Offer reminding them that, under the terms of the Offering Memorandum, holders of the Old Notes who wish to receive the early participation consideration are, in addition to being required to tender their Old Notes prior to or on the early participation date, also encouraged to timely submit their Ballots in favor of the Plan.

10. With the exception of those instances described in paragraphs 8 and 9 above, at no time did Prime Clerk initiate communications with Nominees or their beneficial holder clients independently or at the request of the Debtors or the Debtors' other advisors.

11. After the expiration of the voting deadline on the Plan (5:00 p.m. (prevailing Eastern Time) on August 14, 2019) (the "Voting Deadline"), members of my team worked at my direction to review the Ballots that had been submitted with respect to the Plan. As discussed in the Johnson Tabulation Declaration, that work involved confirming that each Ballot (a) complied with the requirements set out in the solicitation procedures contained in the Disclosure Statement,

4

(b) was executed by a holder entitled to vote on the Plan (or such holder's authorized representative), and (c) was received by Prime Clerk by the Voting Deadline.

12. As of the Voting Deadline, a total of 291 votes were submitted with respect to the Plan. After carefully reviewing the Ballots, my team determined that 171 of the 291 votes submitted should be excluded from the final tabulation because (i) those votes were duplicative of and superseded by a later submitted vote on the Plan and/or (ii) the holder failed to indicate whether it was voting to accept or reject the Plan. In addition, my team excluded an additional two votes to accept the Plan for a total of $12,095,498, as well as two other votes to accept the Plan in unknown amounts because, in each instance, the Nominee did not validate the beneficial holders' ownership of the Old Notes. No votes to reject the Plan were excluded from the final tabulation (other than those that were duplicative and/or superseded by a validly cast vote that was included in the final tabulation). A detailed list of the votes that were excluded from the final tabulation of votes on the Plan, with the amount and reason therefor, was attached as **Exhibit B** to the Johnson Tabulation Declaration.

13. As discussed in the Johnson Tabulation Declaration, a total of 118 votes on the Plan, representing $62,396,395 in Old Notes, were certified by Prime Clerk as having satisfied the Solicitation Procedures. Of those 118 votes, 100 votes were in favor of the Plan, and 18 votes rejected the Plan. In addition, of the $62,396,395 in amount voted on the Plan, $41,636,615 (or 66.73% of the total amount voted) voted in favor of the Plan, while $20,759,780 (or 33.27% of the total amount voted) voted to reject the Plan. Attached is as **Exhibit A** hereto is a list of each vote that was determined by Prime Clerk to have satisfied the Solicitation Procedures and thus was included in the final vote tabulation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 11, 2019 in New York, New York.

*/s/ Christina Pullo*
Christina Pullo
Senior Director of Solicitation and Public Securities
Prime Clerk LLC

**EXHIBIT A**

**EXHIBIT A**

Maxcom Telecomunicaciones, S.A.B. de C.V., et al.
Exhibit A - Report of Public Securities Ballots Received

| Form | CUSIP | Broadridge Client # | DTC Participant # | DTC Participant Name | Submission Method | Item 2 - Customer Account Number | Item 2 - Principal Amount | Item 2 - ACCEPT / REJECT the Plan | Date Received | Defective (Y/N) | Defective Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 57773AAL6 | N/A | 908 | CITIBANK | Master Ballot | Redacted | $3,150,000 | Accept | 7/30/2019 | N | |
| 9 | 57773AAL6 | 10 | 10 | BROWN BROS | Broadridge | Redacted | $37,678 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 15 | 15 | MSSB | Broadridge | Redacted | $76,375 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 15 | 15 | MSSB | Broadridge | Redacted | $25,458 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 15 | 15 | MSSB | Broadridge | Redacted | $15,274 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 141 | 141 | WELLS CLRG | Broadridge | Redacted | $5,091 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 164 | 164 | CHS SCHWAB | Broadridge | Redacted | $10,182 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 164 | 164 | CHS SCHWAB | Broadridge | Redacted | $150,000 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 164 | 164 | CHS SCHWAB | Broadridge | Redacted | $5,091 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $20,367 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $11,202 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $5,092 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 216 | 756 | AEIS INC. | Broadridge | Redacted | $160,896 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 216 | 756 | AEIS INC. | Broadridge | Redacted | $50,916 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 221 | 221 | UBS FINAN | Broadridge | Redacted | $101,833 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 221 | 221 | UBS FINAN | Broadridge | Redacted | $150,000 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $731 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $25,458 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $367 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $10,374,597 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $2,032,228 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $203,666 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $203,666 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $8,945,498 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $203,666 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $152,751 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $251,833 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $152,749 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $507,331 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $509,168 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,001,000 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $144,349 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,183 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $866 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $27,699 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $2,596 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,387 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,387 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $866 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $2,596 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $7,790 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $14,715 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $11,253 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $7,790 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $6,059 | Accept | 7/30/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $6,925 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $31,161 | Accept | 8/14/2019 | N | |

19-23489-rdd    Doc 44    Filed 09/11/19    Entered 09/11/19 15:21:42    Main Document
Pg 9 of 14

Maxcom Telecomunicaciones, S.A.B. De C.V., et al.
Exhibit A - Report of Public Securities Ballots Received

| Form | CUSIP | Broadridge Client # | DTC Participant # | DTC Participant Name | Submission Method | Item 2 - Customer Account Number | Item 2 - Principal Amount | Item 2 - ACCEPT / REJECT the Plan | Date Received | Defective (Y/N) | Defective Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,387 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $9,521 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $2,596 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $2,596 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,387 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $12,983 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 54R | 385 | E*TRADE | Broadridge | Redacted | $8,146 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 54R | 385 | E*TRADE | Broadridge | Redacted | $1,018 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 54R | 385 | E*TRADE | Broadridge | Redacted | $5,091 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 702 | 702 | BB&T SEC | Broadridge | Redacted | $20,366 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $122,200 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $13,525 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $50,000 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $100,000 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,091 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $1,018 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $15,275 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $10,183 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $6,110 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,091 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $3,055 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $15,275 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $3,055 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,091 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $34,623 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $18,330 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $591 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $4,073 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,733 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $10,183 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $200,000 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $7,740,351 | Reject | 8/14/2019 | N | |
| 9 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $1,199,572 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $8,500,000 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $1,018,334 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $1,018,333 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $9,000,000 | Accept | 8/14/2019 | N | |
| 9 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $3,696,768 | Accept | 8/14/2019 | N | |
| 10 | 57773AAL6 | N/A | 2035 | JPMC/INT'L | Validated Beneficial Ballot | N/A | $505,499 | Accept | 8/14/2019 | N | |
| 1 | 57773AAL6 | 15 | 15 | MSSB | Broadridge | Redacted | $15,275 | N/A | 7/15/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 1 | 57773AAL6 | 15 | 15 | MSSB | Broadridge | Redacted | $20,366 | N/A | 7/15/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 1 | 57773AAL6 | 57 | 57 | JONES E D | Broadridge | Redacted | $4,328 | N/A | 7/15/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 1 | 57773AAL6 | 141 | 141 | WELLS CLRG | Broadridge | Redacted | $30,550 | N/A | 7/15/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 1 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $10,183 | N/A | 7/15/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 1 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $10,183 | N/A | 7/15/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | N/A | 7/15/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 9 | 57773AAL6 | 15 | 15 | MSSB | Broadridge | Redacted | $15,275 | N/A | 8/14/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 9 | 57773AAL6 | 57 | 57 | JONES E D | Broadridge | Redacted | $4,328 | N/A | 8/14/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 9 | 57773AAL6 | 141 | 141 | WELLS CLRG | Broadridge | Redacted | $30,550 | N/A | 8/14/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 9 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $10,183 | N/A | 8/14/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 9 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $10,183 | N/A | 8/14/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 9 | 57773AAL6 | 235 | 235 | RBCCAPMKTS | Broadridge | Redacted | $20,366 | N/A | 8/14/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 9 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | N/A | 8/14/2019 | Y | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |

Maxcom Telecomunicaciones, S.A.B. De C.V., et al.
Exhibit A - Report of Public Securities Ballots Received

| Form | CUSIP | Broadridge Client # | DTC Participant # | DTC Participant Name | Submission Method | Item 2 - Customer Account Number | Item 2 - Principal Amount | Item 2 - ACCEPT / REJECT the Plan | Date Received | Defective (Y/N) | Defective Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 57773AAL6 | 10 | 10 | BROWN BROS | Broadridge | Redacted | $37,678 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 164 | 164 | CHS SCHWAB | Broadridge | Redacted | $10,182 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 164 | 164 | CHS SCHWAB | Broadridge | Redacted | $150,000 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $20,367 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $11,202 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $5,092 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 216 | 756 | AEIS INC. | Broadridge | Redacted | $160,896 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 216 | 756 | AEIS INC. | Broadridge | Redacted | $50,916 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 221 | 221 | UBS FINAN | Broadridge | Redacted | $101,833 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $731 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $25,458 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $367 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $10,374,597 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $2,032,228 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $203,666 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $203,666 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $8,945,498 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $203,666 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $152,751 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 54R | 385 | E*TRADE | Broadridge | Redacted | $8,146 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 54R | 385 | E*TRADE | Broadridge | Redacted | $1,018 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 702 | 702 | BB&T SEC | Broadridge | Redacted | $20,366 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $122,200 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $13,525 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,091 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $1,018 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $15,275 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $10,183 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $6,110 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,091 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $3,055 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |

19-23489-rdd    Doc 44    Filed 09/11/19    Entered 09/11/19 15:21:42    Main Document
Pg 11 of 14

Maxcom Telecomunicaciones, S.A.B. De C.V., et al.
Exhibit A - Report of Public Securities Ballots Received

| Form | CUSIP | Broadridge Client # | DTC Participant # | DTC Participant Name | Submission Method | Item 2 - Customer Account Number | Item 2 - Principal Amount | Item 2 - ACCEPT / REJECT the Plan | Date Received | Defective (Y/N) | Defective Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $15,275 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $34,623 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $18,330 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $591 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $4,073 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,733 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $10,183 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $200,000 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $7,740,351 | Reject | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $1,199,572 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 1 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $8,500,000 | Accept | 7/15/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 5 | 57773AAL6 | N/A | 756 | AEIS INC. | Master Ballot | Redacted | $160,896 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 5 | 57773AAL6 | N/A | 756 | AEIS INC. | Master Ballot | Redacted | $50,916 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 10 | 10 | BROWN BROS | Broadridge | Redacted | $37,678 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 15 | 15 | MSSB | Broadridge | Redacted | $15,275 | N/A | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 57 | 57 | JONES E D | Broadridge | Redacted | $4,328 | N/A | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 141 | 141 | WELLS CLRG | Broadridge | Redacted | $30,550 | N/A | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 141 | 141 | WELLS CLRG | Broadridge | Redacted | $5,091 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 164 | 164 | CHS SCHWAB | Broadridge | Redacted | $10,182 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 164 | 164 | CHS SCHWAB | Broadridge | Redacted | $150,000 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $20,367 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $10,183 | N/A | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $10,183 | N/A | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $11,202 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 188 | 188 | TD AMERITR | Broadridge | Redacted | $5,092 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 216 | 756 | AEIS INC. | Broadridge | Redacted | $160,896 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 216 | 756 | AEIS INC. | Broadridge | Redacted | $50,916 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 221 | 221 | UBS FINAN | Broadridge | Redacted | $101,833 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 221 | 221 | UBS FINAN | Broadridge | Redacted | $150,000 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $731 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $25,458 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 3PU | 8862 | MLPFS/8862 | Broadridge | Redacted | $367 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $10,374,597 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $2,032,228 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |

Maxcom Telecomunicaciones, S.A.B. De C.V., et al.
Exhibit A - Report of Public Securities Ballots Received

| Form | CUSIP | Broadridge Client # | DTC Participant # | DTC Participant Name | Submission Method | Item 2 - Customer Account Number | Item 2 - Principal Amount | Item 2 - ACCEPT / REJECT the Plan | Date Received | Defective (Y/N) | Defective Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $203,666 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 352 | 352 | JPMS/JPMC | Broadridge | Redacted | $203,666 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $8,945,498 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $203,666 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $152,751 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $251,833 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $152,749 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 40D | 908 | CITIBANK | Broadridge | Redacted | $509,168 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,183 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $866 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $27,699 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $2,596 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,387 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,387 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $866 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $2,596 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $7,790 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $14,715 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $11,253 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |

Maxcom Telecomunicaciones, S.A.B. De C.V., et al.
Exhibit A - Report of Public Securities Ballots Received

| Form | CUSIP | Broadridge Client # | DTC Participant # | DTC Participant Name | Submission Method | Item 2 - Customer Account Number | Item 2 - Principal Amount | Item 2 - ACCEPT / REJECT the Plan | Date Received | Defective (Y/N) | Defective Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $7,790 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $6,059 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $6,925 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $31,161 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,387 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $9,521 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $2,596 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $4,328 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $2,596 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $10,387 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $12,983 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $3,463 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $1,731 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 443 | 443 | PERSHING | Broadridge | Redacted | $5,193 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 54R | 385 | E*TRADE | Broadridge | Redacted | $8,146 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 54R | 385 | E*TRADE | Broadridge | Redacted | $1,018 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 54R | 385 | E*TRADE | Broadridge | Redacted | $5,091 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 702 | 702 | BB&T SEC | Broadridge | Redacted | $20,366 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $122,200 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $13,525 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,091 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $1,018 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $15,275 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |

Maxcom Telecomunicaciones, S.A.B. DE C.V., et al.
Exhibit A - Report of Public Securities Ballots Received

| Form | CUSIP | Broadridge Client # | DTC Participant # | DTC Participant Name | Submission Method | Item 2 - Customer Account Number | Item 2 - Principal Amount | Item 2 - ACCEPT / REJECT the Plan | Date Received | Defective (Y/N) | Defective Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $10,183 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $6,110 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,091 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $3,055 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $15,275 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $3,055 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $34,623 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $18,330 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $20,366 | N/A | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $591 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $4,073 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $5,733 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 808 | 226 | NFS LLC | Broadridge | Redacted | $10,183 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $200,000 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $7,740,351 | Reject | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $1,199,572 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 6 | 57773AAL6 | 82D | 1970 | JPMC/EURO | Broadridge | Redacted | $8,500,000 | Accept | 7/30/2019 | Y | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| 2 | 57773AAL6 | N/A | N/A | N/A | Beneficial Ballot | N/A | $8,945,498 | Accept | 7/24/2019 | Y | POSITION NOT VALIDATED BY NOMINEE |
| 3 | 57773AAL6 | N/A | N/A | N/A | Beneficial Ballot | N/A | $3,150,000 | Accept | 7/15/2019 | Y | POSITION NOT VALIDATED BY NOMINEE |
| 7 | 57773AAL6 | N/A | N/A | N/A | Beneficial Ballot | N/A | N/A | Accept | 8/2/2019 | Y | POSITION NOT VALIDATED BY NOMINEE |
| 8 | 57773AAL6 | N/A | N/A | N/A | Beneficial Ballot | N/A | N/A | Accept | 8/2/2019 | Y | POSITION NOT VALIDATED BY NOMINEE |