PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Pedro A. Jimenez
Irena Goldstein

*Attorneys to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:   Chapter 11
*In re:*   :
:   Case No. 19-23489 (RDD)
**MAXCOM USA TELECOM, INC., et al.**   :
:   (Jointly Administered)
Debtors.[1]   :
---------------------------------------------------------------:
X

### NOTICE OF EFFECTIVE DATE OF CONFIRMED
### JOINT PREPACKAGED CHAPTER 11 PLAN

**PLEASE TAKE NOTICE THAT** on September 23, 2019, the Honorable Robert D. Drain, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Findings of Fact, Conclusions of Law and Order (I) Approving the (A) Adequacy of the Disclosure Statement, (B) Solicitation of Votes and Voting Procedures and (C) Forms of Ballots, and (II) Confirming Joint Prepackaged Chapter 11 Plan* [Docket No. 66] (the "Confirmation Order"), approving the Disclosure Statement [Docket No. 7] and confirming the Debtors' *Joint Prepackaged Chapter 11 Plan* [Docket No. 12] (as supplemented and amended, the "Plan"). Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** on October 25, 2019, each of the conditions precedent to the effectiveness of the Plan occurred or was waived in accordance with

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, Maxcom USA Telecom, Inc. (7220) and Maxcom Telecomunicaciones, S.A.B. de C.V. (8KT0). The location of Debtor Maxcom Telecomunicaciones, S.A.B. de C.V.'s corporate headquarters and service address are: Guillermo González Camarena, 2000, Centro Ciudad, Santa Fé, Mexico, CDMX. The service address for Debtor Maxcom Telecom USA Inc. is c/o United Corporate Services, Inc., Ten Bank Street, Suite 560, White Plains, NY 10606.

the provisions of the Plan. Accordingly, the Plan became effective and was substantially consummated on **October 25, 2019** (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE THAT** in accordance Section 3.2 of the Plan, each Holder of an Allowed Old Notes Claim shall receive its Pro Rata Share of (i) Senior Notes (ii) Junior PIK Notes (together with the Senior Notes, the "New Notes"), (iii) the Cash Payment and (iv) Cash in an amount equal to the amount of interest accrued on the Old Notes up to the Effective Date in full and final satisfaction, settlement, release, and discharge of and exchange for each Allowed Old Notes Claim. In addition, each Holder of an Allowed Old Notes Claim who validly tendered and did not withdraw its Old Notes in the Exchange Offer prior to or on the Early Participation Date shall receive the Early Participation Consideration. For the avoidance of doubt, only Holders of Old Notes who were eligible to participate in the Exchange Offer and who validly tendered and did not withdraw its Old Notes in the Exchange Offer prior to or on the Early Participation Date shall receive the Early Participation Consideration.

**PLEASE TAKE FURTHER NOTICE THAT** the New Notes and Cash (including the Early Participation Consideration) shall be distributed to the Holders of allowed Old Notes Claims through The Depository Trust Company and its relevant platforms and procedures on or about October 28, 2019.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety. Electronic copies of the Plan and Confirmation Order may be obtained for free from the Debtors' claims and noticing agent and administrative advisor, Prime Clerk LLC, at https://cases.primeclerk.com/maxcom/Home-Index or for a fee via PACER at http://www.nysb.uscourts.gov/.

Dated: October 28, 2019
New York, New York

PAUL HASTINGS LLP

*/s/ Pedro A. Jimenez*

Pedro A. Jimenez, Esq.
Irena Goldstein
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
pedrojimenez@paulhastings.com
irenagoldstein@paulhastings.com

*Attorneys to the Debtors and Debtors-in-Possession*